COURT
OF APPEALS

                                      SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-08-166-CV

 

 

IN RE BRIAN ARMSTRONG                                                     RELATORS

AND SHAWNDI LYNN
HATFIELD                                                            

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and motion for emergency stay and is of the
opinion that relief should be denied.  See
TEX. R. APP. P. 52.7.  Accordingly, relators=
petition for writ of mandamus and request for emergency stay are denied.

 

PER CURIAM

 

 

PANEL M:   WALKER and LIVINGSTON,
JJ.

 

DELIVERED: 
April 25, 2008











    [1]See
TEX.
R. APP.
P. 47.1.